UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RALPH SCHWARTZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-10331 |
| U.S. FOODSERVICE, INC. | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of John P. McLafferty, on behalf of the Defendant, U.S. Foodservice, Inc.

                                      Respectfully submitted,
                                      THE DEFENDANT, U.S. FOODSERVICE, INC.
                                      By its attorneys,


                                      By     /s/ John P. McLafferty
                                      John P. McLafferty (BBO# 639179)
                                      DAY, BERRY & HOWARD LLP
                                      260 Franklin Street
                                      Boston, MA 02110-3179
                                      (617) 345-4600

Dated: April 11, 2005

-2-

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, do hereby certify that on this 11th day of April, 2005 a true copy of the foregoing Notice of Appearance was delivered by first class mail, postage prepaid, to Frank P. Spinella, Jr., Hall, Morse, Anderson, Miller & Spinella, P.C., 14 Centre Street, P.O. Box 2289, Concord, NH 03302-2289.

                              /s/ John P. McLafferty
                              John P. McLafferty