UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH SCHWARTZ,<br><br>            Plaintiff,<br>v.<br><br>U.S. FOODSERVICE, INC.<br><br>           Defendants. | CIVIL ACTION NO. 05-10331 |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF
DEFENDANT U.S. FOODSERVICE, INC.**

Pursuant to Local Rule 16.1(D)(3), Defendant, U.S. Foodservice, Inc. ("U.S. Foodservice") hereby certifies that it has conferred with its counsel, Day, Berry & Howard LLP:

    (a)    with a view to establishing a budget for the costs of conducting the full-course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                            Respectfully submitted,
                                                            U.S. FOODSERVICE

| By its Assistant General Counsel, | By its Attorney, |
|---|---|
| *[signature]*<br>Daniel Feldman, Esq.<br>Assistant General Counsel<br>U.S. FOODSERVICE, INC.<br>9755 Patuxent Woods Drive<br>Columbia, MD 21046 | /s/ John P. McLafferty<br>John P. McLafferty, BBO# 639179<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, Massachusetts 02110-3179<br>(617) 345-4600 |

Dated:  June 16, 2005

## CERTIFICATE OF SERVICE

I, John P. McLafferty, do hereby certify that on this 23rd day of June, 2005 a true copy of the foregoing Certification of Defendant U.S. Foodservice, Inc. was delivered by first class mail, postage prepaid, to Frank P. Spinella, Jr., Hall, Morse, Anderson, Miller & Spinella, P.C., 14 Centre Street, P.O. Box 2289, Concord, NH 03302-2289.


                                                /s/ John P. McLafferty
                                                 John P. McLafferty