UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RALPH SCHWARZ,
                Plaintiff

                CIVIL ACTION NO.:
v.              05-10331-EFH

U. S. FOODSERVICE, INC.,
                Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

June 23, 2005

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, April 18, 2006  .

SO ORDERED.

                /s/ Edward F. Harrington
                EDWARD F. HARRINGTON
                United States Senior District Judge