UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RALPH SCHWARZ,                        )<br>                                                       )<br>           Plaintiff,                       )<br>v.                                                 )   CIVIL ACTION NO. 05-10331<br>                                                       )<br>U.S. FOODSERVICE, INC.            )<br>                                                       )<br>           Defendants.                  )<br>                                                       )  | |

## NOTICE OF CHANGE OF ADDRESS

      Effective August 15, 2005, please note that the new mailing address for Defendant's counsel will be:

         Day, Berry & Howard LLP
         One International Place
         Boston, MA 02110

Please note that our telephone and fax numbers will remain the same.

         Respectfully submitted,
         THE DEFENDANT, U.S. FOODSERVICE, INC.
         By its attorneys,

             /s/  John P. McLafferty
         John P. McLafferty (BBO# 639179)
         DAY, BERRY & HOWARD LLP
         260 Franklin Street
         Boston, MA 02110-3179
         (617) 345-4600

Dated:  August 10, 2005

-2-

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, hereby certify that on this 10th day of August, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to Frank P. Spinella, Jr., Esq., Hall, Morse, Anderson, Miller & Spinella, P.C., 14 Centre Street, P.O. Box 2289, Concord, NH 03302-2289.

                                                          /s/ John P. McLafferty  
                                                          John P. McLafferty