UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RALPH SCHWARZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 05-10331-EFH |
| ) | |
| U.S. FOODSERVICE, INC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Joy E. Barni, on behalf of the Defendant, U.S. Foodservice, Inc.

        Respectfully submitted,
        THE DEFENDANT, U.S. FOODSERVICE, INC.
        By its attorneys,

        By     /s/ Joy E. Barni
        John P. McLafferty (BBO# 639179)
        Joy E. Barni (BBO# 653711)
        DAY, BERRY & HOWARD LLP
        One International Place
        Boston, MA 02110
        (617) 345-4600

Dated: October 14, 2005

-2-

## CERTIFICATE OF SERVICE

I, Joy E. Barni, do hereby certify that on this 14th day of October, 2005 a true copy of the foregoing Notice of Appearance was delivered by overnight mail, to Frank P. Spinella, Jr., Hall, Morse, Anderson, Miller & Spinella, P.C., 14 Centre Street, P.O. Box 2289, Concord, NH 03302-2289.

    /s/ Joy E. Barni
    Joy E. Barni