UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH SCHWARZ,<br><br>                Plaintiff,<br>v.<br><br>U.S. FOODSERVICE, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10331-EFH<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF NAME CHANGE

Please be advised that I, Joy E. Taylor, counsel for the Defendant, U.S. Foodservice, Inc., have changed my name from Joy E. Barni to Joy E. Taylor as of October 29, 2005.

                Respectfully submitted,

                **THE DEFENDANT,**
                **U.S. FOODSERVICE, INC.**
                By its attorneys,

                  /s/ Joy E. Taylor
                John P. McLafferty (BBO# 639179)
                Joy E. Taylor (BBO #653711)
                DAY, BERRY & HOWARD LLP
                One International Place
                Boston, MA 02110
                (617) 345-4600

Dated:  December 21, 2005

## **CERTIFICATE OF SERVICE**

       I, Joy E. Taylor, do hereby certify that on this 21st day of December, 2005, I electronically filed Notice of Change of Last Name using the CM/ECF system which will send notification of such filing(s) to the following: Frank P. Spinella, Jr., Hall, Morse, Anderson, Miller & Spinella, P.C., 14 Centre Street, P.O. Box 2289, Concord, NH 03302-2289.

                              /s/ Joy E. Taylor
                              Joy E. Taylor