UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
RALPH SCHWARZ,                          )
                                        )
                    Plaintiff,          )
v.                                      )     CIVIL ACTION NO. 05-10331
                                        )
 U.S. FOODSERVICE, INC.                 )
                                        )
                    Defendants.         )
                                        )
_____)

### ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINE

NOW COMES the plaintiff, Ralph Schwarz and moves the court to extend the deadline for

depositions to be completed to April 14, 2006.  To date, plaintiff has been unable to schedule a

deposition of a necessary witness.  Opposing counsel assents to the relief requested herein.


                          Respectfully submitted,

                          RALPH SCHWARZ


                          /s/ Frank P. Spinella, Jr.
February 3, 2006          By:     Frank P. Spinella, Jr.
                          Hall, Morse, Anderson, Miller & Spinella
                          14 Centre St., P. O. Box 2289
                          Concord, NH 03302-2289
                          (603) 225-6655


### CERTIFICATE OF SERVICE

I, Frank P. Spinella, Jr., do hereby certify that on this 3rd day of February, 2006, I electronically
filed Assented to Motion to Extend Discovery Deadline using the Cm/ECF system which will
send notification of such filing(s) to John P. McLafferty, Day, Berry & Howard LLP, One
International Place, Boston, MA 02110.


                          /s/ Frank P. Spinella, Jr.
                          Frank P. Spinella, Jr.