UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RALPH SCHWARZ,
    Plaintiff

  v.
              CIVIL ACTION NO.:
                05-10331-EFH

U. S. FOODSERVICE, INC.,
    Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

April 18, 2006

HARRINGTON, S.D.J.

  The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, September 27, 2006  .

  SO ORDERED.

                /s/ Edward F. Harrington
                EDWARD F. HARRINGTON
                United States Senior District Judge